RECEIVED
IN ALEXANDRIA, LA.

NOV 17 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DON BEVLY | CIVIL ACTION NO. 09-1081 |
| FED. REG. NO. 16304-086 | |
| VS. | SECTION P |
| | JUDGE TRIMBLE |
| UNITED STATES OF AMERICA & WARDEN J. KEFFER | MAGISTRATE JUDGE KIRK |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** petitioner's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. §2241 be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 17th day of November, 2009.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE